

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose **VELASQUEZ MARTINEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

On October 28, 2022, appellant filed an unopposed motion requesting an extension of time to file appellant's reply brief. Appellant alternatively requests either (1) 45 days from the October 30, 2022 due date or (2) thirty days after this court renders its decision in *Ex Parte Dominguez-Ortiz*, No. 04-22-00260-CR. Appellant's request for a 45-day extension is GRANTED. Appellant's reply brief is due **no later than December 14, 2022**.

The motion seeks additional guidance on briefing in this matter. Briefs should be filed in compliance with the Texas Rules of Appellate Procedure. Texas Rule of Appellate Procedure 9.7 expressly limits adoption by reference to documents filed "in the same case." Therefore, appellant's reply brief should fully brief all arguments relevant to the facts of this case.

It is so **ORDERED** November 2, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT